that probable jurisdiction should be noted and the cases set down for argument. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these cases. *Solicitor General Perlman* and *Daniel W. Knowlton* for appellants in No. 265. *Hall Hammond* for appellant in No. 266. *John R. Norris* for appellees.

No. 319. PRICE *v.* MISSISSIPPI.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. Appellant *pro se. Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee.

No. 320. MILLER *v.* WIGGINS, SUPERINTENDENT.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Thurgood Marshall* and *Franklin H. Williams* for appellant. *Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee.

No. 323. MOORE *v.* MISSISSIPPI.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2).

Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. Appellant *pro se.* *Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee.

*Miscellaneous Orders.*

No. 61. HUGHES ET AL. *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF CONTRA COSTA. The motion for leave to withdraw the appearance of W. H. Orrick as counsel for the respondent is granted.

No. 130, Misc. BRADSHAW *v.* RAYMOND, SUPERINTENDENT, ET AL.;

No. 133, Misc. McDOWELL *v.* DOWD, WARDEN; and

No. 135, Misc. CARROLL *v.* SWENSON, WARDEN. The motions for leave to file petitions for writs of habeas corpus are denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 134, Misc. SWITZER *v.* REDNOUR, SUPERINTENDENT, ET AL. Petition denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 137, Misc. EX PARTE BLASS ET AL.; and

No. 146, Misc. LEHIGH *v.* WILLIAMS, GOVERNOR OF MICHIGAN, ET AL. The motions for leave to file petitions for writs of mandamus are denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Curley C. Hoffpauir* for petitioners in No. 137, Misc.